COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00687-CV |
| Style: | Erin Broussard v. Roy Arnel |
| Date motion filed*: | October 1, 2018 |
| Type of motion: | Motion to Withdraw as Counsel |
| Party filing motion: | Appellant's Counsel Oliver J. Brown |
| Document to be filed: | N/A |

Is appeal accelerated?   No.

Ordered that motion is:

☑ Granted

　　　If document is to be filed, document due:  N/A

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

　　Appellant's counsel's motion to withdraw as counsel is **granted** because it complies with Rule 6.5 and appellant's new counsel has been substituted.  *See* TEX. R. APP. P. 6.5(a), (b), 10.1(a)(5), 10.3(a).  Accordingly, the Clerk of this Court is directed to remove Oliver J. Brown as counsel for appellant.

Judge's signature: /s/ Evelyn V. Keyes _____

　　　　　　　　　☑ Acting individually　　　☐ Acting for the Court

Date:  October 9, 2018 _____